# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| COLLEEN SULLIVAN BERRY, *et al.*, | CASE NO. 1:19-CV-890 |
| Plaintiffs, | |
| v. | JUDGE DAN AARON POLSTER |
| CLARK INDUS. INSULATION COMP, *et al.*, | OPINION & ORDER |
| Defendants. | |
| ELIZABETH REARDON, | CASE NO. 1:19-CV-892 |
| Plaintiff, | |
| v. | |
| COLGATE-PALMOLIVE COMP, *et al.*, | |
| Defendants. | |

The above-captioned cases were removed to this Court on April 19, 2019. *See* Case No. 19-CV-890, Doc #: 1; Case No. 19-CV-892, Doc #: 1. The ground for removal was that both cases were related to a pending Chapter 11 bankruptcy. *See* 28 U.S.C. § 1334(b). In both Notices of Removal, Defendant Johnson & Johnson requested that this Court stay any ruling on any dispositive or remand motions until the District Court for the District of Delaware ruled on its Motion to Fix Venue. The Court granted Johnson & Johnson's request to stay these cases on May 6, 2019. *See* Non-Document Order. On July 22, 2019, Johnson & Johnson filed Letters notifying the Court that the District Court for the District of Delaware denied Johnson & Johnson's Motion to Fix Venue. In its Opinion, the District of Delaware found that it did not have subject matter jurisdiction over these actions because they were not related to the Chapter 11 bankruptcy. The

District of Delaware also noted that at least 346 of these actions have been remanded back to state courts.  The Court finds that remand is also appropriate in these cases.   Accordingly, the above-captioned cases are hereby **REMANDED** to the Cuyahoga County Court of Common Pleas.

**IT IS SO ORDERED.**

*/s/Dan Aaron Polster July 24, 2019*
**DAN AARON POLSTER
UNITED STATES DISTRICT COURT**